UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KIMBERLY TOKAR,

    Plaintiff,

v.

UNITED COLLECTION BUREAU INC,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-cv-0686-bhl

☐ **Jury Verdict.** This case came before the Court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☒ **Decision by Court.** This case came before the Court for consideration.

PURSUANT TO THE COURT'S ORDER, this case is DISMISSED without prejudice and the plaintiff shall recover nothing on the complaint.

Dated: February 18, 2021

GINA M. COLLETTI
Clerk of Court

s/ *Melissa P.*
(By) Deputy Clerk